UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO ESCOBAR-MENDOZA,<br><br>                              Petitioner,<br><br>v.<br><br>CHRISTOPHER J. LAROSE, SENIOR WARDEN, OTAY MESA DETENTION CENTER; GREGORY J. ARCHAMBEAULT, DIRECTOR, SAN DIEGO FIELD OFFICE, IMMIGRATION AND CUSTOMS; KRISTI NOEM, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY; and PAM BONDI, U.S. ATTORNEY GENERAL<br><br>                              Respondents. | Case No.: 3:26-cv-0078-JES-DEB<br><br>**ORDER:**<br><br>**(1) STAYING REMOVAL OF PETITIONER TO PRESERVE JURISDICTION**<br><br>**(2) SETTING BRIEFING SCHEDULE; and**<br><br>**(3) REQUIRING A RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS**<br><br>**[ECF No. 1]** |

    Before the Court is Petitioner Sergio Escobar-Mendoza's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. To preserve the Court's jurisdiction pending a ruling in this matter, Petitioner **SHALL NOT** be removed from this District

unless and until the Court orders otherwise. *See Doe v. Bondi*, Case. No. 25-cv-805-BJC-JLB, 2025 WL 1870979 at *2 (S.D. Cal. June 11, 2025) ("Federal courts retain jurisdiction to preserve the status quo while determining whether it has subject matter jurisdiction over a case and while a petition is pending resolution from the court.") (citing cases); *A.M. v. LaRose et al.*, 25-cv-01412, ECF No. 2 (S.D. Cal. June 4, 2025) ("Pursuant to Petitioner's request for a Temporary restraining order, the Court hereby (1) RESTRAINS and ENJOINS Respondents, their agents, employees, successors, attorneys, and all persons in active concert and participation with them, from removing Petitioner A.M. from the United States or this District pending further order of this Court"); *see also A.A.R.P v. Trump*, 605 U.S. 91, 97 (2025) (Federal courts have "the power to issue injunctive relief to prevent irreparable harm to the applicant and to preserve [] jurisdiction over the matter."); *Nguyen v. Scott*, No. 2:25-CV-01398, 2025 WL 2097979, at *3 (W.D. Wash. July 25, 2025) (enjoining the Respondents from removing Petitioner without approval from the court).

Respondents are **ORDERED TO SHOW CAUSE** as to why the Petition should not be granted by filing a Response no later than 5:00 p.m. on **Friday, January 9, 2026**. The Response shall include any documents relevant to the determination of the issues raised in the Petition and address whether an evidentiary hearing on the Petition is necessary. Respondents **SHALL SERVE** a copy of the Response on the Petitioner. Petitioner may file an optional Traverse in support of the Petition no later than 5:00 p.m. on **Monday, January 12, 2026**. Upon receipt of the Response, the Court will consider the matter fully briefed, no oral argument will be held unless otherwise ordered, and the matter will be taken under submission.

**IT IS SO ORDERED.**

Dated: January 7, 2026

Honorable James E. Simmons Jr.
United States District Judge