UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO ESCOBAR-MENDOZA,<br><br>                              Petitioner,<br><br>v.<br><br><br>CHRISTOPHER J. LAROSE, SENIOR WARDEN, OTAY MESA DETENTION CENTER; GREGORY J. ARCHAMBEAULT, DIRECTOR, SAN DIEGO FIELD OFFICE, IMMIGRATION AND CUSTOMS; KRISTI NOEM, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY; and PAM BONDI, U.S. ATTORNEY GENERAL<br><br>                              Respondents. | Case No.: 3:26-cv-0078-JES-DEB<br><br>**ORDER GRANTING BOND HEARING**<br><br><br>**[ECF No. 1]** |

Before the Court is Petitioner Sergio Escobar-Mendoza's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. Pursuant to the Court's OSC order, Respondents filed a response. ECF No. 4. In the response, Respondents acknowledged that Petitioner must be considered detained under 8 U.S.C. § 1226(a), pursuant to the final judgment entered in Maldonado Bautista v. Santacruz, No. 5:25-CV-01873-SSS-BFM, ---

F. Supp. 3d ---, 2025 WL 3289861 (C.D. Cal. Nov. 20, 2025). Accordingly, the Court **GRANTS** the petition as follows:

(1)   The Court **ORDERS** Respondents to provide Petitioner with a bond determination hearing under 8 U.S.C. § 1226(a) within seven days of this Order. At the hearing, Respondents may not deny Petitioner bond on the basis that he is detained under 8 U.S.C. § 1225(b)(2); and

(2)   Respondents are **ORDERED** to File a Notice of Compliance within five days of providing Petitioner with a bond redetermination hearing, including apprising the Court of the results of the hearing.

**IT IS SO ORDERED.**

Dated: January 20, 2026

Honorable James E. Simmons Jr.
United States District Judge

2

3:26-cv-0078-JES-DEB